# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John M. Dutton,<br><br>                    Plaintiff,<br><br>v.<br><br>Asset Management Associates Incorporated, et al.,<br><br>                    Defendants. | **NO. CV-14-00588-PHX-NVW**<br><br>**DEFAULT JUDGMENT** |

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered against Defendant Asset Management Associates Incorporated in the amount of $2400.00 plus interest at the federal rate of 0.26% from the date of judgment until paid in full.

Brian D. Karth<br>
District Court Executive/Clerk of Court

March 31, 2015

s/ Linda Patton<br>
By    Deputy Clerk